FORM notthrg

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 0:20–bk–09180–BMW

JOSE ALBERTO HERNANDEZ  Chapter: 7
PO BOX 13074
SAN LUIS, AZ 85349
SSAN: xxx–xx–9678
EIN:

Debtor(s)

## NOTICE OF TELEPHONIC HEARING

A hearing in the above–captioned case will be held on **12/7/20** at **01:15 PM** before the **Honorable Brenda Moody Whinery.** Any interested party is to appear by telephone. Interested parties are to call **1.877.873.8017** to appear for the hearing. The access code is **7011796**. The **Honorable Brenda Moody Whinery** will consider and/or act upon the following matter(s) at the hearing:

DEBTOR'S APPLICATION TO REAFFIRM DEBT WITH LAKEVIEW LOAN SERVICING, LLC REGARDING THE RESIDENTIAL REAL PROPERTY LOCATED AT 1613 W. AMERICA STREET, SAN LUIS, AZ.

Please confirm a telephonic appearance by sending an email to Courtroom Deputy Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least three (3) business days prior to the hearing. The email is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

Date: November 4, 2020

Address of the Bankruptcy Clerk's Office:  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  George Prentice
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov